AUDREY GOLDSTEIN *v.* MARK GOLDSTEIN

The plaintiff's petition for certification for appeal from the Appellate Court (AC 31372) is denied.

VERTEFEUILLE, ZARELLA and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Samuel V. Schoonmaker IV* and *Wendy Dunne DiChristina*, in support of the petition.

*Steven D. Ecker* and *Sarah S. Oldham*, in opposition.

Decided April 7, 2010